*man* for the United States. *H. William Butler* for respondent.

No. 702. SCHNEIDER ET AL. *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *David I. Stepacoff* and *Morris Spritzer* for petitioners. *David M. Satz, Jr.* for respondent.

No. 717. WOMACK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward J. Lynch* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 728. ZAJICEK ET AL. *v.* KOOLVENT METAL AWNING CORP. OF AMERICA. C. A. 9th Cir. Certiorari denied. *Albert M. Herzig* for petitioners. *Joseph W. Aidlin* for respondent.

No. 730. STANDARD OIL CO. OF CALIFORNIA *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied. *Thomas Todd* and *DeWitt Williams* for petitioner. *John J. O'Connell*, Attorney General of Washington, and *John W. Riley*, Deputy Attorney General, for respondent.

No. 753, Misc. BROWN *v.* DIRECTOR, PATUXENT INSTITUTION. Court of Appeals of Maryland. Certiorari denied.